IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

GARY ALLEN SOL,                          )
                                         )
        PLAINTIFF,                       )
                                         )
    v.                                   )        Case No. 3:20-cv-00256
                                         )
ANDREW M. SAUL,                          )
Commissioner of Social Security,         )
                                         )
        DEFENDANT.                       )

## ORDER FOR EAJA FEES

This matter coming before the Court on the parties' Agreed Motion to Award Attorney Fees Pursuant to the Equal Access to Justice Act, and the Court being fully informed, it is HEREBY ORDERED that the Stipulation for an award of $7,788.89 for attorney fees be granted. Payment of the award should be made to Plaintiff's attorney, pursuant to the written assignment of fees signed by Plaintiff, provided that Plaintiff owes no pre-existing debt subject to offset.

SO ORDERED this ___17th___ Day of __MARCH__,

_____
STEVEN L. CROCKER
United States Magistrate Judge